USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Majarrez,

                Plaintiff,

–v–

Bayard's Ale House LLC, *et al.*,

                Defendants.

21-cv-1968 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the Court's extension of discovery to November 30, 2021, the post-discovery conference scheduled for October 22, 2021 is adjourned to January 14, 2022.

SO ORDERED.

Dated: October 12, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1