UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/7/2022___

Manjarrez,

                    Plaintiff,

          –v–

Bayard's Ale House, et al.,

                    Defendants.

21-cv-1968 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The conference scheduled for January 14, 2022 is adjourned to January 28, 2022 at 3:45

pm.

    SO ORDERED.

Dated: January 7, 2022
       New York, New York

_____
        ALISON J. NATHAN
     United States District Judge

1