

FISHER | TAUBENFELD LLP

225 Broadway, Suite 1700
New York, New York 10007
**Main** 212.571.0700
**Fax** 212.505.2001
www.fishertaubenfeld.com

Writer's direct dial: (212) 571-0700 ex. 102
Writer's email: michael@fishertaubenfeld.com

March 15, 2022

**VIA ECF**
Hon. Alison J. Nathan
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: Manjarrez v. Bayard's Ale House LLC et al.<br>Case No.: 21-cv-1968 (AJN)

Dear Judge Nathan:

**SO ORDERED**

    We represent Plaintiff in this matter. We write jointly with Defendants to respectfully request that the Court adjourn for a week, until March 22, 2022, the parties' deadline to submit the settlement agreement to the Court for approval. The parties are very close to finalizing an executable agreement and they expect to take a week to get the agreement executed. We therefore respectfully request an additional week to finalize the settlement agreement and submit it to the Court for approval.

    Thank you for your attention to the above.

*[signature: Alison J. Nathan]*
3/21/2022

Respectfully Submitted,<br>--------------------/s/------------------<br>Michael Taubenfeld